JS-6

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

NADEZHDA PESTRETSOVA IVANOVNA,

Plaintiff,

v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, ET AL.,

Defendant.

Case No. 8:25-CV-1466-CBM-DFM

**ORDER RE: DEFENDANTS' MOTION TO DISMISS COMPLAINT**

Court, having considered Defendants' Motion to Dismiss Complaint (Dkt. No. 19 (the "Motion"), and Plaintiff's notice of non-opposition thereto (Dkt. No. 20), hereby **GRANTS** the Motion. Plaintiff's Complaint is **DISMISSED WITH PREJUDICE as moot** in light of the agency's adjudication of Plaintiff's Form I-730 Asylee Relative Petition.

**IT IS SO ORDERED.**

Dated: October 22, 2025

HONORABLE CONSUELO B. MARSHALL
District Court Judge